UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

AMANDA L. KROMPHARDT,

        Plaintiff,

                     DECISION AND ORDER
  v.                     15-CV-356A

CAROLYN COLVIN, Acting
Commissioner of the
Social Security Administration,

        Defendant.

---

    The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On January 3, 2017, Magistrate Judge McCarthy filed a Report and Recommendation (Dkt. No. 9), recommending that plaintiff's motion for judgment on the pleadings (Dkt. No. 5) be granted to the extent that this matter should be remanded to the Acting Commissioner for further proceedings. Magistrate Judge McCarthy further recommended that the Acting Commissioner's motion for judgment on the pleadings (Dkt. No. 8) be denied.

    The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

    ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, this matter is remanded to the Acting Commissioner for further proceedings consistent with the Report and Recommendation, and the Acting Commissioner's motion for judgment on

the pleadings is denied.

The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

_____*Richard J. Arcara*_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   February 2, 2017